IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARK A. CONNOR, CYNTHIA A. CONNOR, AND JEFFREY W. VEATCH, Each Individually and On Behalf of All Others Similarly Situated, | § § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 3:07-CV-1548-K ECF |
| ASPIRE FINANCIAL, INC. d/b/a TEXASLENDING.COM, and KEVIN C. MILLER, | § § § § | |
| Defendants. | § § | |

## JOINT MOTION FOR LEAVE TO FILE UNDER SEAL

The named Plaintiffs Mark Connor and Ben Boyd, on behalf of themselves and others similarly situated (collectively "Plaintiffs"), and Defendants Aspire Financial, Inc. d/b/a TexasLending.com and Kevin Miller (collectively "Defendants"), file this Joint Motion for Leave to File Under Seal and state:

Pursuant to Local Rule 79.3, the parties respectfully request that the Court grant them leave to file Exhibit 1 to the Joint Motion for Order Approving Collective Action Settlement and Approving Notice of Settlement filed on March 21, 2008, under seal.

DATED:   March 21, 2008.

Respectfully submitted,

**THE YOUNG LAW FIRM**

  /s/ Jeremi K. Young
Jeremi K. Young
Texas Bar No. 24013793
112 West 8th Avenue, Suite 900-D
Amarillo, Texas 79101
(806) 331-1800
(806) 398-9095 (fax)

**ATTORNEYS FOR PLAINTIFFS**

**OGLETREE, DEAKINS, NASH,
   SMOAK & STEWART, P.C.**

  /s/ Frank Davis
Ron Chapman, Jr.
Texas Bar No. 00793489
Frank Davis
Texas Bar No. 24031992
700 Preston Commons
8117 Preston Road
Dallas, Texas  75225
(214) 987-3800 (Telephone)
(214) 987-3927 (Facsimile)

**ATTORNEY FOR DEFENDANTS**